MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 13 |
| ENRIQUE VELEZ, | Bankruptcy No. 08-53842 |
| | Date: April 22, 2011 |
| | Time: 10:00 a.m. |
| | Room: The Quadrangle #214 |
| | 1000 S. Main Street |
| | Salinas, CA 93901 |
| Debtor. | |
| _____ | HON. CHARLES NOVACK |

**PREHEARING STATEMENT**

The only outstanding objection is that of LaSalle Bank as Trustees' for Washington Mutual Mortgage Pass- Through Certificates. The adversary proceeding has been settled and the adversary will be dismissed within 60 days from March 02, 2011. It would seem that with the adversary proceeding settled the objection should be withdrawn.

Counsel and the Debtor have discussed, in light of the settlement whether he intends to convert the case or dismiss the case. Counsel has been unable to reach the client or any of his family this past week. Counsel understands that the debtor's wife has had some medical issues and may be hospitalized.

/ / /

/ / /

/ / /

1     Counsel proposes that the Court issue an order that the debtor either convert his
2 case on or before May 27, 2011 or the case will be dismissed.

                                        MORAN LAW GROUP, INC

Date: 04/08/2011                  /s/ Renee C. Mendoza
                                        RENÉE C. MENDOZA